**Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00487-CV
_____

**ALEX MELVIN WADE, JR., Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-39002**

_____

## NO. 14-18-00486-CV
_____

**IN RE ALEX MELVIN WADE, JR., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County. Texas**
**Trial Court No. 2017-39002**

# ORDER

On June 12, 2018, Alex Melvin Wade, Jr. filed a notice of appeal. That appeal from the trial court's May 15, 2018 order, finding Wade a vexatious litigant, was assigned to this court under appellate cause number 14-18-00487-CV. On June 15, 2018, Wade filed a petition for writ of mandamus complaining of the same order. The original proceeding has been assigned our cause number 14-18-00486-CV.

Today, the court, on its own motion, orders the appeal and the original proceeding **CONSOLIDATED.** Any response filed by the real party in case number 14-18-00486-CV, who is the appellee in appeal number 14-18-00487-CV, is due concurrently with appellee's brief.


PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.